UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In Re:    Daniel H. Lujan and Sandie J. Lujan,

Debtors.                                    No. 11-15114 j7

## ORDER GRANTING MOTION TO REJECT LEASE AND MOTION TO COMPEL ABANDONMENT

**THIS MATTER** having come before the Court upon the Motion of the Debtor to Compel Abandonment filed by Creditor, Brad Dobbs and the Court being fully advised, finds:

1. Creditor filed his Motion to Reject Lease on December 20, 2011. Doc 10.

2. Creditor filed his Motion to Compel Abandonment of Property on December 29, 2011. Doc 14.

3. A Notice of Deadline was filed with the Court on both Motions on December 20, 2011. Doc 11.

4. The deadline for filing objections to the either Motion was January 13, 2012, including 3 days mailing time.

5. No objections or responsive pleadings have been filed in this matter.

6. A copy of the Motion and this Order was mailed on May 7, 2012 to E. C. 'Mike' Gomez, attorney for Debtors at P O Box 2931, Roswell, NM 88202, to the Debtors, Daniel and Sandie Lujan at 3301 Trailing Heart, Roswell, NM 88201, to Kieran Ryan, Chapter 7 Trustee at P O Box 26, Las Cruces, NM 88004 and to the US Trustee, at P O Box 608, Albuquerque, NM 87103.

THEREFORE, IT IS ORDERED, ADJUDGED and DECREED that the Lease on property at 3301 Trailing Heart, Roswell, New Mexico is rejected and the Motion to Compel Abandonment of property at 3301 Trailing Heart, Roswell, New Mexico is granted.

_____
Robert H. Jacobvitz
United States Bankruptcy Judge

**Date Entered on Docket: May 8, 2012**

Submitted by:
Sanders, Bruin, Coll & Worley, P.A.

 Beth L.Hightower/Submitted Via Email
Beth L. Hightower
Attorney of Record for Creditor
P O Box 550
Roswell, NM 88202
(575) 622-5440
(575) 622-5853 Fax

Copy to:

E. C. "Mike" Gomez
Attorney for Debtors
P O Box 2931
Roswell, NM 88202

C:\Temp\notes6ED8F7\Order Granting Motion.wpd